LUC BURBON AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED

                                                Plaintiff(s)

- against -

Index # 21-CV-830

HOBBYLINC. COM, LLC

Purchased February 17, 2021

                                                Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 9, 2021 at 11:00 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH CIVIL COVER SHEET on HOBBYLINC. COM, LLC therein named,

**SECRETARY OF STATE**     a Foreign LIMITED LIABILITY COMPANY by delivering thereat one true copy to SUE ZOUKY, LEGAL CLERK personally, deponent knew said LIMITED LIABILITY COMPANY so served to be the LIMITED LIABILITY COMPANY described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 304 OF THE LIMITED LIABILITY COMPANY LAW and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 65 | 5'2 | 130 |

Sworn to me on: March 15, 2021

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER |
|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 01KN6178241 | No. 01MU6238632 | No. 01BR4949206 |
| Qualified in New York County | Qualified in Queens County | Qualified in Bronx County |
| Commission Expires November 26, 2023 | Commission Expires April 11, 2023 | Commission Expires April 3, 2023 |

**STEVEN C. AVERY**

Invoice #: 760444

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY  10007 - (212) 619-0728   NYCDCA#1102045

LUC BURBON AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED

                                                          Plaintiff(s)

- against -

      Index # 21-CV-830

HOBBYLINC. COM, LLC

      Purchased February 17, 2021

                                                          Defendant(s)

      Mail Date March 11, 2021

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 11, 2021 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH CIVIL COVER SHEET to HOBBYLINC. COM, LLC at

10101 DAVIS STREET, STE 600
BRASELTON, GA

Copy was mailed REGISTERED MAIL-RETURN RECEIPT REQUESTED, RECEIPT #RA604889420US and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Also mailed a notice that the N. Y. Secretary of State was served with the legal documents herein described and tendered the statutory fee.

Sworn to me on: March 11, 2021

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | CHRISTOPHER J. KLEIN |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1188546 |
| No. 01KN6178241 | No. 01MU6238632 | No. 01BR4949206 | Invoice #: 760444 |
| Qualified In New York County | Qualified in Queens County | Qualified in Bronx County | |
| Commission Expires November 26, 2023 | Commission Expires April 11, 2023 | Commission Expires April 3, 2023 | |

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045

**Registered No.** RA604889420US

**Date Stamp** 0005 10

| | |
|---|---|
| Postage $ $2.20 | Extra Services & Fees (continued) |
| Extra Services & Fees | ☐ Signature Confirmation $ |
| ☐ Registered Mail $ $12.90 | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (hardcopy) $ $2.85 | |
| ☐ Return Receipt (electronic) $ $0.00 | Total Postage & Fees $ $17.95 |
| ☐ Restricted Delivery $ | |

Customer Must Declare Full Value $0.00

Received by [signature] 03/11/2021

*To Be Completed By Post Office*

OFFICIAL USE
NEW YORK, NY 10007

**FROM:**
UNITED PROCESS SERVICE, INC.
225 BROADWAY, SUITE 440
NEW YORK, NY 10007

**TO:**
Hobbyline.Com, LLC.
1616 Bras[crossed out] GA 30527 Ste. 600
Braselton, GA 30517

*To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed*

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051

Copy 1 - Customer
(See Information on Reverse)

For domestic delivery information, visit our website at www.usps.com®